ACCEPTED
03-14-00510-CV
6368689
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 2:10:05 PM
JEFFREY D. KYLE
CLERK

# MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

### A GENERAL PARTNERSHIP

JAMES F. MARTENS*
KELLI H. TODD
LACY L. LEONARD

Attorneys at Law

*Board Certified in Tax Law
Texas Board of Legal
Specialization

301 CONGRESS AVENUE, SUITE 1950
AUSTIN, TEXAS 78701
(512) 542-9898
FAX (512) 542-9899
www.textaxlaw.com

AMANDA G. TAYLOR
ALTHEA R. HILL

Attorneys at Law

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 2:10:05 PM
JEFFREY D. KYLE
Clerk

August 5, 2015

**<u>Via E-Filing</u>**
Court of Appeals
Third District of Texas
Attn: The Honorable Jeffrey Kyle, Clerk
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

    Re:    Court of Appeals Number: 03-14-00510-CV
           Trial Court Number: D-1-GN-13-002811

           *Noah S. Bunker, Paul Carrell, Everett Brew Houston, Jr., W. Andrew Buchholz, Scott J. Leighty, Jad L. Davis, and Holly Clause, Appellants v. Tracy D. Strandhagen, Appellee*

Dear Mr. Kyle:

    In accordance with the Clerk's request, please accept this letter as notification that Amanda G. Taylor of Martens, Todd, Leonard, Taylor & Ahlrich intends to present oral argument on behalf of Appellants, *Bunker et. al.*, on September 16, 2015 at 1:30 am.

           Sincerely,

           MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

           By: */s/ Amanda Taylor*

              Amanda Garrett Taylor
              ataylor@textaxlaw.com
              Texas Bar No. 24045921

cc: **<u>Via E-service to:</u>**

Dan Byrne, DByrne@FBHF.com
Lessie Fitzpatrick, LFitzpatrick@FBHF.com
Christine Burgess, CBurgess@FBHF.com

*Counsel for Appellee Tracy D. Strandhagen*